1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00069 DLJ (WDB) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING COURT DATE; |
| | ) | EXCLUSION OF TIME |
| | ) | |
| WILFRIDO GOMEZ TORRES, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date in this case, currently scheduled for Friday, September 18, 2009, at 9:30 a.m. before Honorable Magistrate Elizabeth LaPorte, may be continued to Monday, September 28, 2009, at 10:00 a.m. before Honorable Magistrate Wayne D. Brazil for submission of the financial affidavit and status. Mr. Torres first appeared before Judge Brazil on Tuesday, September 15, 2009, and defense counsel was appointed at that time. The matter was continued to Friday, September 18, 2009 at 9:30 before Judge LaPorte for submission of the financial affidavit and setting of a detention hearing. The

*U S v. Wilfrido Torres,* 09-0069 DLJ; Stip.
Continuing Court Date                                    - 1 -

matter was set before Judge LaPorte because Judge Brazil was not available on September 18, 2009. However, defense counsel has learned that there is a detainer on Mr. Torres which was placed by the Immigration and Customs Enforcement Agency ("ICE"). Counsel has spoken to Mr. Torres who understands that he has a right to a detention hearing within three days of his initial appearance but he has decided to waive the timing of the hearing given the ICE hold. Instead, the parties are requesting that the matter be placed back on Judge Brazil's calendar for Monday, September 28, 2009, at 10:00 a.m. for submission of the financial affidavit and status. The case is also set on the calendar of the Honorable Judge D. Lowell Jensen on October 9, 2009 at 9:00 a.m. for status. At the last court hearing, Judge Brazil excluded time from September 15, 2009 through October 9, 2009, in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel could receive discovery and begin to investigate the case. Counsel has received discovery but needs to review it with Mr. Torres and begin investigation.

DATED: 9/17/09            \_\_\_\_/s/_____
                          JOYCE LEAVITT
                          Attorney for WILFRIDO TORRES


DATED: 9/17/09            \_\_\_\_\_/s/_____
                          GARTH HIRE
                          Assistant United States Attorney


   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

*U S v. Wilfrido Torres,* 09-0069 DLJ; Stip.
Continuing Court Date                                  - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date in this case, currently scheduled for Friday, September 18, 2009, at 9:30 a.m. before Honorable Magistrate Elizabeth LaPorte, may be continued to Monday, September 28, 2009, at 10:00 a.m. before Honorable Magistrate Wayne D. Brazil for submission of the financial affidavit and status. The case is further set for October 9, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen for status.

IT IS FURTHER ORDERED, the time from September 15, 2009 to October 9, 2009, continues to be  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can review the discovery and discuss it with her client and begin investigation. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   September 17, 2009   _____
WAYNE D. BRAZIL
United States Magistrate Judge