1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | GARTH HIRE (CABN 187330)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone:  (510) 637-3929

7 | Facsimile:  (510) 637-3724
E-Mail:       Garth.Hire@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          )          No. CR 09-00069 DLJ
                                                                    )
14 |           Plaintiff,                                     )          STIPULATION AND ORDER
                                                                    )          CONTINUING SENTENCING
15 |    v.                                                     )
                                                                    )
16 | WILFRIDO GOMEZ TORRES,          )
                                                                    )
17 |           Defendant.                                 )
                                                                    )
18 |                                                              )

19

20        Plaintiff, by and through its attorney of record, and defendant, by and through his

21 attorney of record, hereby stipulate and ask the Court to order as follows:

22        1.    Sentencing for defendant Wilfrido Gomez Torres in this matter is currently

23 scheduled for 10 a.m. on Friday, July 16, 2010.

24        2.    The parties request that this hearing be continued until 10 a.m. on Friday,

25 September 17, 2010, in order to provide counsel for the government and defendant additional

26 time to prepare their sentencing memoranda in this case.

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING

3.   United States Probation Officer Brian Casai does not object to the requested continuance and is available for the hearing on September 17, 2010.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 14, 2010          /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: July 14, 2010          /s/
RICHARD KEYES, ESQ.

Attorney for Defendant
Wilfrido Gomez Torres

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled July 16, 2010, sentencing hearing is vacated.  A sentencing hearing for defendant is now scheduled for 10:00 a.m. on September 17, 2010.

DATED:  July 15, 2010
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEAVING                                         2