MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile:  (510) 637-3724
   E-mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00069 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| v. ) | |
| ) | |
| WILFRIDO GOMEZ TORRES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to order as follows:

     1.     Sentencing for defendant Wilfrido Gomez Torres in this matter is currently scheduled for 10 a.m. on Friday, November 5, 2010.

     2.     The parties request that this hearing be continued until 10 a.m. on Friday, December 17, 2010, in order to provide counsel for the government and defendant additional time to prepare their sentencing memoranda in this case.

STIPULATION TO RESCHEDULE HEARING

3. United States Probation Officer Brian Casai does not object to the requested continuance and is available for the hearing on December 17, 2010.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: November 3, 2010   /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: November 3, 2010   /s/
RICHARD KEYES, ESQ.

Attorney for Defendant
Wilfrido Gomez Torres

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled November 5, 2010, sentencing hearing is vacated. A sentencing hearing for defendant is now scheduled for 10:00 a.m. on December 17, 2010.

DATED: November 4, 2010
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION TO RESCHEDULE HEARING        2